IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:14-CR-6 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **FRANKLYN IDEHEN** | : | |

## ORDER

AND NOW, this 29th day of March, 2016, upon consideration of the letter (Doc. 212) filed *pro se* by defendant Franklyn Idehen ("Idehen"), docketed by the Clerk of Court as a motion, in which Idehen urges the court to reconsider its order (Doc. 199) of January 19, 2016, denying Idehen's motion (Doc. 198) for appointment of appellate counsel as moot in light of the fact that the time period for filing an appeal had expired, (see Doc. 199), and the court noting that, pursuant to the Local Rules of Court, motions for reconsideration of a court order must be filed within fourteen (14) days of entry of the order concerned, see LOCAL RULE OF COURT 7.10, and that Idehen's instant motion for reconsideration is thus untimely by more than one month, (see Doc. 212), and further noting that, timeliness notwithstanding, the instant motion identifies no error in the court's prior order (Doc. 199), but the court again noting for Idehen's benefit that nothing in this order shall be read to foreclose his ability to pursue collateral relief pursuant to 28 U.S.C. § 2255 to the extent such relief is cognizable, or to request appointment of counsel in connection with such proceedings, see 18 U.S.C. § 3006A(a)(2)(B), and reminding Idehen that, with few

exceptions, any such motion must be filed within one (1) year of the date upon which his judgment of conviction becomes final, it is hereby ORDERED that Idehen's motion (Doc. 212) for reconsideration is DENIED.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania